UNITED STATES of America,
Plaintiff–Appellee,

v.

Delvon Lamar WILLIAMS,
Defendant–Appellant.

No. 14–14007
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 11, 2015.

Cherie Krigsman, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Andrew Tysen Duva, Bonnie Ames Glober, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Craig L. Crawford, Federal Public Defender's Office, Orlando, FL, Jack Raymond Maro, Jack R. Maro, PA, Ocala, FL, for Defendant–Appellant.

Delvon Lamar Williams, Salters, SC, pro se.

Before JORDAN, JILL PRYOR and EDMONDSON, Circuit Judges.

PER CURIAM:

Craig L. Crawford, appointed counsel for Delvon Lamar Williams in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Williams's conviction and sentence are **AFFIRMED**.